

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00418-CV

TEJAS ASSET HOLDINGS, LLC                                          APPELLANT

V.

JPMORGAN CHASE BANK, N.A.,                                         APPELLEE
SUCCESSOR BY MERGER TO
CHASE HOME FINANCE LLC

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 352-256972-11

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  July 3, 2014